# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anilu Quintero

                        Plaintiff,

v.                                                   Case No.: 1:23–cv–01760
                                                        Honorable Elaine E. Bucklo

Michael McElroy, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to parties updated status joint report, this case is dismissed with prejudice, and without costs. The Court retains jurisdiction to enforce the terms of the settlement agreement for 90 days. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.